# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| FREDERICK D. JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00112-MHH-NAD |
| CORPORAL D. KING, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on October 3, 2023 in which he recommended that the Court grant Corporal D. King's motion for summary judgment. (Docs. 29, 35). The magistrate judge notified the parties of their right to file objections to the report and recommendation within 14 days. (Doc. 35, pp. 12-13). That time has expired, and the Court has not received objections.

Having reviewed the materials in the Court's electronic file, the Court adopts the magistrate judge's report and accepts his recommendation. By separate order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Court will enter judgment for Corporal King on Mr. Jones's claims in this action.

**DONE** and **ORDERED** this October 27, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE